**B1 (Official Form 1)(4/10)**

| United States Bankruptcy Court<br>Eastern District of Kentucky | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Emlyn Coal Processing, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Emlyn Coal Processing of Minnesota, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**26-0516921** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4184 South Hwy. 25 W**<br>**Williamsburg, KY**<br>ZIP Code **40769** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Whitley** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **Williamsburg address and Rt. 2 (Judd Road) Booneville, KY 41314 (Owsley County)** |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Emlyn Coal Processing, LLC** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Emlyn Coal Processing, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Dean A. Langdon**
Signature of Attorney for Debtor(s)

**Dean A. Langdon**
Printed Name of Attorney for Debtor(s)

**DelCotto Law Group PLLC**
Firm Name

**200 North Upper Street**
**Lexington, KY 40507-1017**

Address

**(859) 231-5800  Fax: (859) 281-1179**
Telephone Number

**November  4, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Bart J. Montanari**
Signature of Authorized Individual

**Bart J. Montanari**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**November  4, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of Kentucky

In re  **Emlyn Coal Processing, LLC**                                        Case No.
                                      Debtor(s)                               Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| BB&T Bank<br>1390 Master Street<br>Corbin, KY 40701 | BB&T Bank<br>1390 Master Street<br>Corbin, KY 40701 | Bond for Lily | | 85,010.00 |
| Canada Brothers Auto Parts<br>504 Main Street<br>Williamsburg, KY 40769 | Canada Brothers Auto Parts<br>504 Main Street<br>Williamsburg, KY 40769 | Trade debt | | 17,329.57 |
| Card Member Services<br>PO Box 790408<br>St. Louis, MO 63179-0408 | Card Member Services<br>PO Box 790408<br>St. Louis, MO 63179-0408 | Revolving credit | | 22,485.64 |
| Cook & Cheek CPA<br>302 Falls St<br>London, KY 40741 | Cook & Cheek CPA<br>302 Falls St<br>London, KY 40741 | Accountant | | 16,963.26 |
| Dale Greer and Deborah Greer<br>c/o Jason E. Williams, Esq.<br>P O Box 3199<br>London, KY 40743-3199 | Dale Greer and Deborah Greer<br>c/o Jason E. Williams, Esq.<br>P O Box 3199<br>London, KY 40743-3199 | timber claims 2011 judgment - Intervening Plaintiffs in lawsuit | | 191,744.00 |
| Dept. of Natural Resources<br>Office of Adminstrative Hearings<br>35-36 Fountain Place<br>Frankfort, KY 40601 | Dept. of Natural Resources<br>Office of Adminstrative Hearings<br>35-36 Fountain Place<br>Frankfort, KY 40601 | fines/penalties | | 15,680.00 |
| First Insurance Funding<br>PO Box 66468<br>Chicago, IL 60666-0468 | First Insurance Funding<br>PO Box 66468<br>Chicago, IL 60666-0468 | insurance | | 81,765.00 |
| Frattalone Mining<br>3205 Spruce St<br>Little Canada, MN 55117 | Frattalone Mining<br>3205 Spruce St<br>Little Canada, MN 55117 | Trade debt | | 384,629.49 |
| Hellmuth & Johnson<br>8050 W 78th St<br>Edina, MN 55439 | Hellmuth & Johnson<br>8050 W 78th St<br>Edina, MN 55439 | Legal services | | 38,202.66 |
| Ikerd Mining<br>521 Crane Rd<br>Somerset, KY 42501 | Ikerd Mining<br>521 Crane Rd<br>Somerset, KY 42501 | Coal Purchases | | 233,641.44 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Federal Taxes - unpaid quarterly taxes | | 191,177.24 |

B4 (Official Form 4) (12/07) - Cont.

In re **Emlyn Coal Processing, LLC**            Case No. _____

                 Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | lien on all property | | 36,209.69<br><br>(0.00 secured) |
| Kentucky Dept. of Revenue<br>Legal Branch - Bankruptcy Section<br>P. O. Box 5222<br>Frankfort, KY 40602 | Kentucky Dept. of Revenue<br>Legal Branch - Bankruptcy Section<br>P. O. Box 5222<br>Frankfort, KY 40602 | severance taxes | | 143,370.22 |
| Kentucky Unemployment Ins Fund<br>250 W. Main Street<br>Suite 900<br>Lexington, KY 40507 | Kentucky Unemployment Ins Fund<br>250 W. Main Street<br>Suite 900<br>Lexington, KY 40507 | KEMI<br><br>saw 3,233.58 for state unemploy tax | | 16,524.44 |
| Mine Safety and Health Administration<br>P O Box 790390<br>Saint Louis, MO 63179-0390 | Mine Safety and Health Administration<br>P O Box 790390<br>Saint Louis, MO 63179-0390 | assessed fines | | 17,593.71 |
| Progressive Financial Services<br>PO Box 24216<br>Tempe, AZ 85285 | Progressive Financial Services<br>PO Box 24216<br>Tempe, AZ 85285 | Trade debt | | 14,464.49 |
| RT Welding/Fabrication<br>PO Box 1686<br>Harlan, KY 40831 | RT Welding/Fabrication<br>PO Box 1686<br>Harlan, KY 40831 | Trade debt | | 42,502.60 |
| Sears, Ivel Keith and Patricia<br>c/o Stephen M. Jones, Esq.<br>P O Box 604<br>London, KY 40743 | Sears, Ivel Keith and Patricia<br>c/o Stephen M. Jones, Esq.<br>P O Box 604<br>London, KY 40743 | timber claims - 2011 judgment, lot line dispute | Disputed | 26,298.44 |
| Straight Creek, LLC<br>4060 Randall Farm Road<br>Atlanta, GA 30339 | Straight Creek, LLC<br>4060 Randall Farm Road<br>Atlanta, GA 30339 | guarantee of installment sale agreement re: Komatsu excavator | Contingent<br>Unliquidated<br>Disputed | 50,000.00 |
| Toyota Financial Services<br>PO Box 8026<br>Cedar Rapids, IA 52409-8026 | Toyota Financial Services<br>PO Box 8026<br>Cedar Rapids, IA 52409-8026 | 2 2008 Toyota Tundras @ $8,000/each | | 50,336.22<br><br>(16,000.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re  **Emlyn Coal Processing, LLC**                                          Case No.
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 4, 2011**                         Signature  **/s/ Bart J. Montanari**
                                                              **Bart J. Montanari**
                                                              **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of Kentucky

In re  **Emlyn Coal Processing, LLC**,

Debtor

Case No. _____

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bart Montanari**<br>**4184 South Hwy 25W**<br>**Williamsburg, KY 40769** | **Membership Interests** | | **100%** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **November 4, 2011**     Signature  **/s/ Bart J. Montanari**

**Bart J. Montanari**
**President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0**   continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
### Eastern District of Kentucky

In re   **Emlyn Coal Processing, LLC**                              Case No.
                             Debtor(s)                              Chapter   **11**

# VERIFICATION OF MAILING LIST MATRIX

I, the President of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of **8** page(s) is true and correct and complete, to the best of my (our) knowledge.

Date:   **November 4, 2011**          **/s/ Bart J. Montanari**
                                      **Bart J. Montanari/President**
                                      Signer/Title

I, **Dean A. Langdon**, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of **8** page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date:   **November 4, 2011**          **/s/ Dean A. Langdon**
                                      Signature of Attorney
                                      **Dean A. Langdon**
                                      **DelCotto Law Group PLLC**
                                      **200 North Upper Street**
                                      **Lexington, KY 40507-1017**
                                      **(859) 231-5800   Fax: (859) 281-1179**

AA Financial
P.O. Box 1806
Ann Arbor MI 48106


Access America Transport
Dept# 2015, PO Box 11407
Birmingham AL 35246-2015


Ann Baker
5908 Chambersburg Rd
Dayton OH 45424


BB&T Bank
1390 Master Street
Corbin KY 40701


Canada Brothers Auto Parts
504 Main Street
Williamsburg KY 40769


Card Member Services
PO Box 790408
St. Louis MO 63179-0408


Chris Kidd
3177 Sweet Clover Ln
Lexington KY 40509


Cintas Uniforms
340 Dunavant Dr
Rockford TN 37853


Commonwealth of Kentucky
Office of Employment and Training
Division of Unemployment Insurance
P O Box 948
Frankfort KY 40602-0948


Community Trust Bank
PO Box 2947
Pikeville KY 41502-2947


Computer Concepts
PO Box 1241
Harlan KY 40831

```
Cook & Cheek CPA
302 Falls St
London KY 40741


Corbin PC Repair
1239 Cumberland Falls Hwy
Corbin KY 40701


CSX Transportation
PO Box 116628
Atlanta GA 30368-6628


DAL Inc.
P O Box 162
Clifton Heights PA 19018


Dale and Deborah Greer
1282 Robinson Creek Rd
Lily KY 40740


Dale Greer and Deborah Greer
c/o Jason E. Williams, Esq.
P O Box 3199
London KY 40743-3199


David N. Kloeber, Jr.
c/o Denise McClelland, Esq.
Frost Brown Todd LLC
250 W. Main St., Suite 2800
Lexington KY 40507


Department of Revenue
Corporation Section
Division of Collection
P O Box 491
Frankfort KY 40602


Dept. of Natural Resources
Office of Adminstrative Hearings
35-36 Fountain Place
Frankfort KY 40601


Drives and Conveyors
PO Box 399
Corbin KY 40701
```

Dunaway Law Office
407 E Central Ave
LaFollette TN 37766


Dyno Nobel
2795 E. Cottonwood Pkwy
Salt Lake City UT 84121


Eagle Bluff Steel Erectors
1214 Davis Chappel Rd
LaFollette TN 37766


Emeco
300 Emeco Way
London KY 40741


Engineering Consulting Services
340 S Broadway Suite 200
Lexington KY 40508


First Insurance Funding
PO Box 66468
Chicago IL 60666-0468


FMS DMS Progressive
P O Box 979106
Saint Louis MO 63197-9000


Fountain Leasing
c/o Lynn Tarpy, Esq.
Riverview Tower, Suite 2100
900 South Gay Street
Knoxville TN 37902


Frattalone Mining
3205 Spruce St
Little Canada MN 55117


GBG Financial, LLC
250 West 34th St.
New York NY 10119

```
Globe BG LLC
c/o Kevin M. McGuire, Esq.
Jackson Kelly PLLC
P O Box 2150
Lexington KY 40588-9945


Globe Specialty Metals
c/o Kevin M. McGuire, Esq.
Jackson Kelly PLLC
P O Box 2150
Lexington KY 40588-9945


Grande Engineering
PO Box 249
Gray KY 40734


Greer, Dale and Deborah
c/o Jason Williams, Esq.
111 West 5th Street
London KY 40741


GVG Financials, LLC
c/o Kevin M. McGuire, Esq.
Jackson Kelly PLLC
P O Box 2150
Lexington KY 40588-9945


Heavy Equip
PO Box 2209
Addison TX 75001


Hellmuth & Johnson
8050 W 78th St
Edina MN 55439


Hinkle Contracting Corporation
P O Box 200
Paris KY 40362


Hinkle Printing
PO Box 1526
Corbin KY 40701


Holsten Gases
1854 N Hwy 25 W
Williamsburg KY 40769
```

```
Hose House
PO Box 694
Corbin KY 40702


Ikerd Mining
521 Crane Rd
Somerset KY 42501


Insurance Intermediaries Inc
280 N. High Street
Suite 300
Columbus OH 43215


Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346


Iron Peddlers
3504 Rocky River Rd
N Monroe NC 28110


James Lee Coal
PO Box 1163
Pineville KY 40977


Jonathan Whitaker
121 Prosperous Pl suite 13B
Lexington KY 40511


Justice Shamrock Glass
1021 W New Circle Rd
Lexington KY 40511


Kentucky Dept. of Revenue
Legal Branch - Bankruptcy Section
P. O. Box 5222
Frankfort KY 40602


Kentucky Unemployment Ins Fund
250 W. Main Street
Suite 900
Lexington KY 40507
```

```
Kevin McGuire, Esq.
Jackson Kelly PLLC
P O Box 2150
Lexington KY 40588-9945


L & M Electrical
PO Box 41
Scalf KY 40982


Lee Owenby, Trustee
Croley, Davidson and Huie
First Tennessee Plaza
800 S. Gay St., Suite 1500
Knoxville TN 37929-9721


Mine Safety and Health Administration
P O Box 790390
Saint Louis MO 63179-0390


MSHA
U. S. Department of Labor
1100 Wilson Blvd., Rm. 503
Arlington VA 22209-2268


Oasis Solutions
200 Whittington Pkwy Suite 100
Louisville KY 40222


Office of Surface Mining
P O Box 979068
Saint Louis MO 63197-9000


Ohio Casualty Insurance/Van Meter Ins
181 Prosperous Place Suite 100
Lexington KY 40509-1804


Penn Portable Toilets
2427 S Main St
Corbin KY 40701


Process Machinery
2427 S Main St
Corbin KY 40701
```

```
Progressive Financial Services
PO Box 24216
Tempe AZ 85285


RC Miller Oil
5581 S US Hwy 25
Corbin KY 40701


Richard Reese Surveying
107 Cromwell Dr
Gray KY 40734


RT Welding/Fabrication
PO Box 1686
Harlan KY 40831


Sears, Ivel Keith and Patricia
c/o Stephen M. Jones, Esq.
P O Box 604
London KY 40743


SGS North America
Box 248 Harrogate Industrial Dr
Harrogate TN 37752


Southland Security
PO Box 1286
Williamsburg KY 40769


Specialty Super Alloys, Inc.
c/o Sakoian M. Haig
1200 Koppers Building
436 7th Avenue
Pittsburgh PA 15243


Straight Creek Leasing
3350 Riverwood Pkwy Suite 1900
Atlanta GA 30339


Straight Creek, LLC
4060 Randall Farm Road
Atlanta GA 30339
```

Summitt Engineering
131 Summitt Dr
Pikeville KY 41501


Superior Fire Protection
PO Box 108
Corbin KY 40702


T & H Truck Parts
109 Taylor Road
Corbin KY 40701


Tennessee State Treasurer
Tennessee State Capitol, 1st Floor
600 Charlotte Avenue
Nashville TN 37243-0225


Toyota Financial Services
PO Box 8026
Cedar Rapids IA 52409-8026


Transrail
PO Box 2990
Montgomery Village MD 20886-2990


United Rotary Brush Corp.
20078 State Rt. 4
Marysville OH 43040


WD Bryants
5th Street
Williamsburg KY 40769


Whayne Supply
c/o Jerred P. Roth, Esq.
300 W. Vine St. Suite 600
Lexington KY 40507-1660


Whitewood Transport
4115 E. Illinois Street
Tuscon AZ 85701