UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
THE HONORABLE Joseph M. Scott, Jr.

IN RE:  
Emlyn Coal Processing, LLC

CASE NUMBER 11-61483

## US BANKRUPTCY JUDGES MINUTES OF HEARING

DATE: 11/9/2011    TIME: 09:00

APPEARANCES:
- Langdon, Dean
- Harned, Wes
- Napier, Greg
- Towe, Adam
- Colsen, Chris
- Hanrahan, Philip
- Burgess, Patricia
- Naumann, Mary

ISSUE:

22    11/8/2011    Emergency Motion of David N. Kloeber, Jr. for an Order (A) Dismissing the Debtor's Chapter 11 Case for Lack of Authority Pursuant to 11 U.S.C. &#167; 1112(b) or, Alternatively, (B) Appointing A Chapter 11 Trustee, Motion to Appoint Trustee, filed by David N. Kloeber, Jr., Motion to Dismiss Case, filed by David N. Kloeber, Jr.. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C# (4) Exhibit D# (5) Exhibit E) (Burgess, Patricia)

DISPOSITION:
Other

JUDGE'S NOTES:

Movant to submit new order scheduling evidentiary hearing re: dismissal only for Nov. 29 at 9am.  Parties

to stipulate facts and identify any that cannot be stipulated by Nov. 22.  Parties may file scheduling order for evidentiary hearing.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.



Signed By:
*Joseph M. Scott, Jr.*
**Bankruptcy Judge**
**Dated: Wednesday, November 09, 2011**
**(ekm)**